STATE, RESPONDENT, *v.* DUGAN, APPELLANT.

[Submitted April 20, 1892.   Decided June 6, 1892.]

See *syllabus* and opinion in the case of *State* v. *Ryan, ante,* page 297.

*Appeal from Eighth Judicial District, Cascade County.*

Defendant was tried before BENTON, J.   Reversed.

*John A. Hoffman,* for Appellant.

*Henri J. Haskell,* Attorney-General, for the State, Respondent.

DE WITT, J. — The appeal in this case brings up for review the same instruction upon circumstantial evidence which was reviewed in the case of *State* v. *Ryan, ante,* page 297 (just decided), and on the authority of that case the judgment herein is reversed, and the case is remanded for a new trial.

*Reversed.*

BLAKE, C. J., and HARWOOD, J., concur.